EDWARD TIPPETT, PLAINTIFF IN ERROR, v. JOHN C. McGRATH, COLLECTOR, DEFENDANT IN ERROR.

Argued June 23, 24, 1904—Decided November 11, 1904.

On error to the Supreme Court.

For the plaintiff in error, *Charlton A. Reed* and *William A. Cotter.*

For the defendant in error, *John F. Stickle.*

PER CURIAM.

The judgment brought up by this writ of error is affirmed, for the reasons given by Mr. Justice Garrison in his opinion in the Supreme Court, reported in 41 *Vroom* 110.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, DIXON, FORT, PITNEY, BOGERT, VREDENBURGH, VROOM.   8.

*For reversal*—GREEN.   1.